IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUZAN M. WHEELER, Individually, and
as Personal Representative of the Estate
of Thomas Earl Taylor.

      Plaintiff,

v.                                                  No. CV-11-00241-ACT-WDS

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY and MANZANO DEL
SOL GOOD SAMARITAN VILLAGE,

      Defendants.

## STIPULATED ORDER TO CONTINUE
## INITIAL SCHEDULING CONFERENCE AND ORDER DEADLINES

**THIS MATTER** having come before the Court on the Joint Motion to Continue Initial Scheduling Conference and Order Deadlines, and with the Court begin fully advised in the premises, finds as follows:

The Motion is agreed, and it is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Initial Scheduling Conference set for May 16, 2011 is hereby vacated, to be continued and reset by the Court at the next available date in a new initial scheduling order. All deadlines in the Initial Scheduling Order are also hereby continued, and will be reset upon entry the new scheduling order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY, P.A.

By:     /s/ Ian D. McKelvy
       Clay H. Paulos
       Ian D. McKelvy
       P.O. Box 550
       Roswell, NM 88202 - 0550
       (575) 622-5440
       Fax: (575) 622-5853
       Email: chpaulos@sbcw-law.com
       Email: idmckelvy@sbcw-law.com
       *Attorneys for Plaintiff*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.


By:     /s/ Martha Brown
       Martha Brown
       P.O. Box 2168
       500 Fourth Street NW, Suite 1000
       Albuquerque, NM 87103-2168
       Email: mgb@modrall.com
       *Attorney for Defendant*